**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**                                                     **CRIMINAL NO. 2:26-MJ-00013**

**ROSMERY MORALES-MEJIA**

## MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.



1.   Eligibility of Case.  This case involves a:

_____   crime of violence [18 U.S.C. § 3142(f)(1)(a)]

_____   maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

_____   10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

_____   felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

_____   minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

__X__   serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

_____   serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2.    <u>Reason for Detention</u>.  The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    **X**   Defendant's appearance as required

        Safety of any other person and the community

3.    <u>Rebuttable Presumption</u>.  The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e).  (If yes)  The presumption applies because:

        Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

        Previous conviction for "eligible" offense committed while on pretrial bond.  Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

        Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4.    <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    **X**   At first appearance

        After continuance of      days (not more than 3).

5.    <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

2

6.    <u>Other Matters</u>.

_____

_____

DATED: January 21, 2026


                              Respectfully submitted,

                              MOORE CAPITO
                              United States Attorney

                    By:
                              <u>s/Jonathan T. Storage</u>
                              JONATHAN T. STORAGE
                              Assistant United States Attorney
                              WV State Bar No. 12279
                              300 Virginia Street, East
                              Room 4000
                              Charleston, WV 25301
                              Telephone: 304-345-2200
                              Fax: 304-347-5104
                              E-mail: Jonathan.Storage@usdoj.gov