UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.                                                     Case No.: 2:26-mj-00013

ROSMERY MORALES-MEJIA

### ORDER

The United States Marshals Service has informed the Court that the defendant is in the United States Marshal custody on a Criminal Complaint [ECF No. 1]. It is hereby **ORDERED** that an initial appearance and preliminary hearing shall take place before the undersigned Magistrate Judge on ***Wednesday, February 4, 2026, at 2:30 p.m.*** in Charleston at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, Courtroom 5400. Due to the defendant requiring a Spanish interpreter to fully understand the proceedings in this matter, the Court will have an interpreter present.

Upon consideration of the Motion for Detention Hearing [ECF No. 4] filed herein by the United States, and pursuant to the provisions of Title 18, United States Code, 3142(f), it is hereby **ORDERED** that the motion is **GRANTED**. The detention hearing shall also take place on ***Wednesday, February 4, 2026, at 2:30 p.m.*** in Charleston at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, Courtroom 5400.

The Clerk is directed to provide copies of this order to the defendant, all counsel of record, the United States Probation Department, the United States Marshals Service, and the CJA Attorney Advisor.

**ENTER:**   January 22, 2026

_____
Dwane L. Tinsley
United States Magistrate Judge
